# UNITED STATES NAVY-MARINE CORPS COURT OF CRIMINAL APPEALS WASHINGTON, D.C.

**Before**
**J.R. MCFARLANE, M.C. HOLIFIELD, M.G. MILLER**
Appellate Military Judges

**UNITED STATES OF AMERICA**

v.

**GEORGE SALAZAR III**
**PRIVATE FIRST CLASS (E-2), U.S. MARINE CORPS**

**NMCCA 201400145**
**GENERAL COURT-MARTIAL**

**Sentence Adjudged**: 10 December 2013.
**Military Judge**: LtCol C.J. Thielemann, USMC.
**Convening Authority**: Commanding General, Training Command, Quantico, VA.
**Staff Judge Advocate's Recommendation**: Capt M.G. Blackborow, USMC.
**For Appellant**: CDR Sabatino F. Leo, JAGC, USN.
**For Appellee**: Mr. Brian K. Keller, Esq.

**31 July 2014**

---
### OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court